UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUDENT DOE 1,<br><br>                  Plaintiff,<br><br>     v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security; TODD LYONS, Acting Director, United States Immigration and Customs Enforcement,<br><br>                  Defendants. | CASE NO. 2:25-cv-00663-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby reassigned to the Honorable David G. Estudillo, Chief United States District Judge, as related to 2:25-cv-00633-DGE and 2:25-cv-00680-DGE. All future documents filed in this case must bear cause numbers ending in "DGE" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

/

/

/

MINUTE ORDER - 1

Dated this 16th day of April 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2