UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Student Doe 1,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Kristi Noem et. al.,<br><br>　　　　　　Defendant. | CASE NO. 2:25-cv-00663<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Plaintiff has filed this case under a pseudonym, and their complaint states that "Plaintiff will separately file a motion to proceed pseudonymously." (Dkt. No. 1 at 5 n. 2.) However, no such motion has been filed. Plaintiff should file the motion as soon as possible, and no later than the TRO hearing scheduled for April 24, 2025 at 3 p.m. (*See* Dkt. No. 8.) If Plaintiff fails to file the motion by that time, the Court will require them to proceed under their true name.

Dated this 21 day of April 2025.

MINUTE ORDER - 1

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2