The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUDENT DOE #1,[1]<br><br>                Plaintiff,<br><br>   v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>              Defendants. | Case No.  2:25-cv-00663-DGE<br><br>**NOTICE OF SUPPLEMENTAL EXHIBIT**<br><br>Consolidated from:<br>Case No. 2:25-cv-00680-DGE<br>Case No. 2:25-cv-00708-DGE |

Defendants provide the Court with NOTICE of a recent development concerning facts previously reported to the Court regarding Student Does #1-4. The government believes that based

---

[1] On April 28, 2025, this Court ordered *Student Doe #2, et al. v. Noem*, case No. 2:25-cv-00680-DGE and *Student Doe #4 v. Noem*, Case No. 2:25-cv-00708-DGE to be consolidated with *Student Doe #1*, Case No. 2:25-cv-00663-DGE. Dkt. 18, pg. 3. This Court further ordered that all filings for any of the above matters be filed in *Student Doe #1*, Case No. 2:25-cv-00663-DGE and ordered Defendants to file a Consolidated Response to all Preliminary Injunction Motions in that case by May 2, 2025 at 12:00 p.m. *Id.*, pg. 2.

NOTICE OF SUPPLEMENTAL EXHIBIT
[Case No. 2:25-cv-00663-DGE] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

on the attached, a hearing is no longer necessary because the government has provided the relief sought in the Complaint. A true and correct copy is attached as Exhibit A.

DATED this 6th day of May, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Whitney Passmore*
WHITNEY PASSMORE, FL No. 91922
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:  whitney.passmore@usdoj.gov

*Attorneys for Defendants*

NOTICE OF SUPPLEMENTAL EXHIBIT
[Case No. 2:25-cv-00663-DGE] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970