The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUDENT DOE #1,[1]<br><br>  Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>  Defendants. | Case No. 2:25-cv-00663-DGE<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Consolidated from:<br>Case No. 2:25-cv-00680-DGE<br>Case No. 2:25-cv-00708-DGE<br><br>Noted for Consideration:<br>June 6, 2025 |

## JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiff's Complaint until July 16, 2025.

---

[1] On April 28, 2025, this Court ordered *Student Doe #2, et al. v. Noem*, Case No. 2:25-cv-00680-DGE, and *Student Doe #4 v. Noem*, Case No. 2:25-cv-00708-DGE, to be consolidated with *Student Doe #1*, Case No. 2:25-cv-00663-DGE. Dkt. 18, pg. 3. This Court further ordered that all filings for any of the above matters be filed in *Student Doe #1*, Case No. 2:25-cv-00663-DGE, and ordered Defendants to file a Consolidated Response to all Preliminary Injunction Motions in that case by May 2, 2025 at 12:00 p.m. *Id.*, pg. 2.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00663-DGE] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  Plaintiff Student Doe 1 filed a Complaint on April 17, 2025. Pursuant to LCR 12(a)(1),
2  the Defendants' response to the complaint is due on June 16, 2025.  The parties have discussed
3  the potential of resolving this matter short of further litigation and have agreed to extend the
4  deadline for 30 days.  If their efforts are successful, it will save the parties and the Court time
5  and resources.  Therefore, the parties submit there is good cause for a brief extension of
6  Defendants' time to respond to the complaint and have stipulated to extend that deadline until
7  July 16. 2025.

8  **SO STIPULATED.**

9  DATED this 6th day of June, 2025.

10 Respectfully submitted,

11 | TEAL LUTHY MILLER | DOBRIN & HAN, PC |
   | Acting United States Attorney | |
12 | | |
   | s/ Whitney Passmore | s/ Vicky Dobrin |
13 | WHITNEY PASSMORE, FL No. 91922 | VICKY DOBRIN, WSBA No. 28554 |
   | LYNDSIE R. SCHMALZ, CA No. 285004 | |
14 | Assistant United States Attorneys | s/ Hilary Han |
   | United States Attorney's Office | HILARY HAN, WSBA No. 33754 |
15 | Western District of Washington | Dobrin & Han, PC |
   | 700 Stewart Street, Suite 5220 | 2912 East Cherry Street |
16 | Seattle, Washington 98101-1271 | Seattle, Washington 98122 |
   | Phone:  206-553-7970 | Phone: 206-448-3440 |
17 | Fax:      206-553-4067 | Fax:    206-448-3466 |
   | Email:   whitney.passmore@usdoj.gov | Email: vicky@dobrin-han.com |
18 | lyndsie.r.schmalz@usdoj.gov | hilary@dobrin-han.com |

19 *Attorneys for Defendants*                                          *Attorneys for Plaintiffs*

20 I certify that this memorandum contains 217
   words, in compliance with the Local Civil Rules.
21
22
23
24

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by July 16, 2025.  The Clerk shall calendar this event.

DATED this 9th day of June, 2025.

DAVID G. ESTUDILLO
United States Chief District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00663-DGE] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970